# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. ABALOS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER:  C07-844RSL |
| v. | |
| WILLIAM BRONCHICK, *et al.*, | |
| Defendants. | |

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' motion to dismiss is GRANTED.  Plaintiff's claims against defendants are hereby DISMISSED.

Dated this 23rd day of June, 2008.

 

                                                     BRUCE RIFKIN
                                                          Clerk

 

                                                   s/ Rhonda Stiles
                                                 Deputy Clerk